UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| EMMETT JEROME ARNOLD, V, | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor. | : | CASE NO.: 16-67253-WLH |
| | : | |

## POST CONFIRMATION MODIFICATION OF PLAN AND REQUEST FOR APPROVAL

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

## MODIFICATION OF PLAN

Debtors hereby modify the Chapter 13 Plan, which was confirmed by order of this Court on February 21, 2017, as follows:

1. Debtors hereby modify Paragraph 2 of the Plan as follows:

"**Plan Payments and Length of Plan.** Debtor will pay the sum of **$840.00 Monthly** to Trustee by ☒ Payroll Deduction(s) or by ☐ Direct Payment(s) for the applicable commitment period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C)."

The amended Chapter 13 Plan payment amount shall be effective retroactively commencing with the July 2018 payment.

This Plan modification (i) decreases the monthly plan payment from $1,375.00 down to $840.00. Since the filing of this case, Debtor has had a decrease in income and it is no longer feasible for Debtor to pay their original confirmed monthly plan payment of $1,375.00 per month.

Respectfully submitted this 29th day of June, 2018.

_______/s/___________
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| EMMETT JEROME ARNOLD, V, | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor. | : | CASE NO.: 16-67253-WLH |
| | : | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** Debtors have filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed, June 29, 2018. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING: Clerk, U.S. Bankruptcy Court, Room 1340, Richard B. Russell Building, 75 Ted Turner Drive South West, Atlanta, Georgia 30303.**

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on Debtors at:

Emmett Jerome Arnold, V.
1611 W. Juneway Terrace #3E
Chicago, IL 60626

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in Courtroom 1403, Richard B. Russell Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 at 2:00 P.M. on August 15, 2018.

Respectfully submitted this 29th day of June, 2018.

_______/s/___________
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| EMMETT JEROME ARNOLD, V, | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor. | : | CASE NO.: 16-67253-WLH |
| | : | |

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

___/s/_____________________________
Emmett Jerome Arnold, V.

This 29th day of June, 2018

Penalty of making false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. '152 and '3571.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| EMMETT JEROME ARNOLD, V, | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor. | : | CASE NO.: 16-67253-WLH |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Modification of Confirmed Plan, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Emmett Jerome Arnold V.
1611 W. Juneway Terrace #3E
Chicago, IL 60626

SEE ATTACHED FOR A LIST OF ADDITIONAL CREDITORS

DATE: June 29, 2018

____________/s/________
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

Label Matrix for local noticing
113E-1
Case 16-67253-wlh
Northern District of Georgia
Atlanta
Fri Jun 29 09:43:51 EDT 2018

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Emmett Jerome Arnold V
P.O. Box 52991
Atlanta, GA 30355-0991

BMW Bank of North America
P.O. Box 165028
Irving, TX 75016-5028

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Delta Community Credit
Po Box 20541
Atlanta, GA 30320-2541

(p)DELTA COMMUNITY CREDIT UNION
PO BOX 20541
ATLANTA GA 30320-2541

Dept Of Education/neln
3015 Parker Rd
Aurora, CO 80014-2904

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213

Syncb/amazon
Po Box 965015
Orlando, FL 32896-5015

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

U.S. Department of Education C/O Nelnet
121 S 13th St, Suite 201
Lincoln, NE 68508-1911

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216

Ryan J. Williams
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303-1286

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services NA, LLC
P.O. Box 3608
Dublin, OH 43016

Bk Of Amer
Po Box 982238
El Paso, TX 79998

(d)Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Delta Community Credit Union
P. O. Box 20541
Atlanta, GA 30320-2541

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMW Bank of North America

End of Label Matrix
Mailable recipients 21
Bypassed recipients 1
Total 22