**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **EMMETT JEROME ARNOLD, V** | **:** | **CASE NO. A16-67253-WLH** |
| **DEBTOR** | **:** | |

## OBJECTION TO POST CONFIRMATION MODIFICATION FILED ON JUNE 29, 2018

COMES NOW, NANCY J. WHALEY, Standing Chapter 13 Trustee in the above-styled case, and files herewith this Objection to Post-Confirmation Modification filed on June 29, 2018 and as grounds shows the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on September 30, 2016. The Debtor's plan was confirmed on February 21, 2017.

2.

The Modification as proposed will extend to seventy-five (75) months, which exceeds the sixty (60) months allowed by 11 U.S.C. Section 1322(d).

3.

The Trustee requests proof of income and copies of the Debtor's 2016 and 2017 tax returns in order to determine the accuracy and veracity of the Modification and amended Schedules I and J. 11 U.S.C. Section 521(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

WHEREFORE, based on the foregoing, the Chapter 13 Trustee prays that the Court review this Modification and deny the Debtor's Modification and require that the case continue under the provisions of the confirmed Chapter 13 plan and said other and further relief as the Court seem may deem just and proper.

Respectfully submitted,

/jlr

\_\_/s/_____
Ryan J. Williams,
GA Bar No. 940874
Attorney for Chapter 13 Trustee
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

**CERTIFICATE OF SERVICE**

Case No:  A16-67253-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection to Post Confirmation Modification by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
EMMETT JEROME ARNOLD, V
P. O. BOX 52991
ATLANTA, GA  30355

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Objection to Post Confirmation Modification through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 12th day of July, 2018.

/s/_____
Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201