PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Emmett Jerome Arnold, V

Case No.: 16-67253-wlh    Chapter: 13

**Change of Address for:**
Debtor ✔    Creditor ☐    Attorney for Debtor ☐    Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐    Payments ONLY ☐    Notices and Payments ✔

EFFECTIVE DATE OF CHANGE: 08/14/2018

Name: Emmett Jerome Arnold, V

Prior Address: P.O. Box 52991
Atlanta, GA 30355

**************************************************************

New Address: Emmett Jerome Arnold, V
1611 West Juneway Terr Apt 3E
Chicago, IL 60626

Change of Address Was Furnished By:    Debtor ☐    Creditor ☐    Attorney ✔

Date: 08/14/2018    Signature of Filer: /s/ Howard Slomka
Telephone Number: 404-800-4001

**IF FILED BY ATTORNEY**

Attorney Name: Howard Slomka

Bar ID: 652875
Address: 2859 Paces Ferry Road SE Suite 1700
Atlanta, GA 30339

Revised August 2012