# United States Bankruptcy Court
## Northern District of Georgia

In re  **Emmett Jerome Arnold, V**                                                                 Case No.  **16-67253**
　　　　　　　　　　　　　　　　Debtor(s)                                                             Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:　　　　　　　xxx-xx-8589

**My (Our) Former Mailing Address and Telephone Number was:**

Name:　　　**Emmett Jerome Arnold, V**

Street:　　　**1611 West Juneway Terr, Apt. 3E**

City, State and Zip:　　**Chicago, IL 60626**

Telephone #:

**Please be advised that effective** November 9, 2018,
**my (our) new mailing address and telephone number is:**

Name:　　　**Emmett Jerome Arnold, V**

Street:　　　**1611 W. Albion Ave, Apt. 3**

City, State and Zip:　　**Chicago, IL 60626**

Telephone #:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Emmett Jerome Arnold, V
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Emmett Jerome Arnold, V**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor