**IT IS ORDERED as set forth below:**



**Date: January 28, 2019**

_Wendy L. Hagenau_

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | |
| EMMETT JEROME ARNOLD, V. | CHAPTER 13 |
| Debtor. | CASE NO. 16-67253 – WLH |
| — — — — — — — — — — — | — — — — — — — — — —— |
| EMMETT JEROME ARNOLD, V., Debtor; NANCY J. WHALEY, Trustee; | CONTESTED MATTER |
| Movant, | |
| Vs. | |
| BMW BANK OF NORTH AMERICA, | |
| Respondent. | |

**CONSENT ORDER ON MOTION TO APPROVE SALE OF VEHICLE**

NOW COMES, The Motion to Sell Vehicle filed by Emmett Jerome Arnold, V ("Movant") on

December 13, 2018, docket (#37) and the Objection to Motion to Sell Vehicle filed by BMW Bank

of North America (the "Respondent") on January 11, 2019, docket (#38). Respondent, by counsel,

filed a Certificate of Service and contends proper service of the Objection.

A hearing on the Motion was held on January 16, 2019 at 09:30 AM where Movant and

Respondent consented to the sale of the vehicle **2015 BMW 3 Series Sedan 4D 320xi AWD I4**

**Tur, VIN: WBA3C3G58FNS73056** (the "Collateral") with the stipulation that outstanding

principal balance is to be paid off with the proceeds of the sale. Movant is to disperse funds in full

satisfaction of the lien to Respondent within 14 days of the sale of the collateral. Any excess funds

over the satisfaction of the remaining lien are to be submitted to Trustee for the repayment of

Movant's creditors per the confirmed plan, docket (#29).


IT IS SO ORDERED.

[END OF DOCUMENT]


PREPARED and PRESENTED BY:                         CONSENTED TO BY:


By: /s/ Germani G. Hunt                             By: /s/ Howard P. Slomka
Germani G. Hunt                                     Howard P. Slomka
Georgia Bar No: 290515                              Georgia Bar No: 652875
Sissac Legal Group P.C.                             Overlook III Suite 1700
P.O. Box 1577                                       2859 Paces Ferry Rd, SE
PMB 90656                                           Atlanta, GA 30339
Atlanta, Georgia 30301
Tel: (888) 220-0919                                 Attorney for Debtor
Fax: (214)-602-5642
germani@creditor-rights.com

Attorney for Movant

NO OPPOSITION BY:

By: /s/ _Ryan Williams_
Ryan Williams
Georgia Bar No: 940874
Staff Attorney
Nancy J. Whaley
303 Peachtree Center Avenue,
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

## DISTRIBUTION LIST

Germani G. Hunt
Georgia Bar No: 290515
P.O. Box 1577
PMB 90656
Atlanta, GA 30301


Emmett Jerome Arnold, V
1611 W. Albion Ave, Apt. 3
Chicago, IL 60626


Howard P. Slomka
Overlook III Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339


Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303